FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR 29 2015

CHRISTOPHER A. PRINE
CLERK

CAUSE NO: 01-14-00109-CV

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE FIRST COURT OF APPEALS |
| VS. | § | AT HOUSTON, TEXAS |
| JEFFREY STEVEN MARX | § | CAUSE NO. 01-14-00109-CV. |

## MOTION TO FURNISH THE REPORTER'S RECORD

COMES NOW JEFFERY MARX AND WOULD FILE THIS MOTION AND WOULD SHOW THE FOLLOWING TO THE FIRST COURT OF APPEALS:

### I.

APPELLANT CAN NOT FILE PROPER BRIEF'S IF HE DOES NOT HAVE RECORD.

APPELLANT CAN NOT FILE PROPER BRIEF'S IF HE DOES NOT KNOW WHAT HAS BEEN FILED BY THE COURT REPORTER IN THIS CAUSE AND WOULD BE BLINDSIDED IF HE CAN NOT GET A COPY OF THIS RECORD.

### II.

APPELLANT NOW REQUESTS COPY OF THE REPORTER'S RECORD.

APPELLANT NOW REQUESTS THIS FIRST COURT OF APPEALS TO FURNISH HIM WITH A COPY OF THE REPORTER'S RECORD AND GIVE HIM TIME TO PREPARE HIS BRIEF'S AND GET THEM TO THIS HONORABLE FIRST COURT OF APPEALS.

### PRAYER

WHEREFORE, PROMISES CONSIDERED APPELLANT PRAYS THAT THIS HONORABLE FIRST COURT OF APPEALS GRANT HIS MOTION TOFURNISH HIM WITH THE REPORTER'S RECORD AND GIVE HIM TIME TO PREPARE HIS BRIEF'S.

RELIEF HEREIN PRAYED FOR .

SIGNATURE *Jeffery Marx*.

JEFFERY MARX.

TO: FIRST COURT OF APPEALS
ATTENT: CHRISTOPHER A. PRINE, CLERK OF COURT.
301 FANNIN STREET

HOUSTON, TEXAS 77002-2066

APRIL 20, 2015
FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR 29 2015

CHRISTOPHER A. PRINE
CLERK

RE: CAUSE 01-14-00109-CV NEEDING COPY OF REPORTER'S RECORD.

DEAR MR. PRINE:

ON APRIL 20, 2015 I RECEIVED YOUR CARD TELLING ME THAT YOU HAVE RECEIVED THE REPORTER'S RECORD BUT, AS OF THIS DATE I HAVE NOT RECEIVED THE REPORTER'S RECORD FROM THE COURT, I NOW COME TO YOU AND REQUEST A COPY OF THIS REPORTER'S RECORD SO THAT I MIGHT COMPLETE MY BRIEF'S IN THIS CAUSE 01-14-00109-CV AND I WOULD ALSO REQUEST TIME TO PREPAIRE THIS BRIEF AND GET IT TO THE COURT.

I DO NOT KNOW IF THE REPORTER'S RECORD IS COMPLETE OR INCOMPLETE BUT, IF I COULD GET A COPY THEN I WOULD KNOW IF IT WAS OR NOT AND THEN BE ABLE TO BETTER PREPARE MY BRIEFS TO THIS FIRST COURT OF APPEALS.

I AM SENDING A MOTION TO GIVE COPY OF THIS REPORTER'S RECORD TO THE COURT AND WOULD REQUEST THAT YOU FILE IT WITH THE COURT PLEASE.

RESPECTFULLY REQUESTED.
SIGNATURE _Jeffery Marx_ .
MR. JEFFERY MARX #716623.
ESTELLE HIGH SECURITY UNIT.
264 FM 3478 RD.
HUNTSVILLE, TEXAS 77320.

NAME **JEFFERY MARX #716623**

TX 77320

NORTH HOUSTON TX 773

27 APR 2015 PM 11

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

**LEGAL MAIL** APR 2 9 2015

CHRISTOPHER A. PRIN
CLERK

7700220699

**TO: FIRST COURT OF APPEALS.**
**ATT: MR. CHRISTOPHER A. PRINE CLERK.**
**301 FANNIN STREET**
**HOUSTON, TEXAS 77002-2066**

FOREVER